**NOT FOR PUBLICATION**

JUN 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS MEDINA-PRIAZ, | No. 13-70357 |
| Petitioner, | Agency No. A088-719-167 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 12, 2014[**]

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Luis Medina-Priaz, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") decision denying his motion for a continuance of his

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review de

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

novo questions of law, including constitutional claims. *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam). We deny the petition for review.

The BIA applied the correct legal standard and provided a reasoned explanation for its decision denying Medina-Priaz's motion for a two-year continuance to await the passage of immigration-reform legislation, where the BIA invoked the applicable "good cause" legal standard and cited pertinent legal authorities. *See Singh v. Holder*, 638 F.3d 1264, 1274 (9th Cir. 2011) ("[A]n IJ 'may grant a motion for continuance for good cause shown.'" (citation omitted)); *see also Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009) (concluding that the agency applied the correct legal standard in a case where the agency "expressly cited and applied [relevant case law] in rendering its decision, which is all our review requires").

The record belies Medina-Priaz's contention that the BIA violated due process by failing to address his due process claim.

**PETITION FOR REVIEW DENIED.**